ANNA L. HORTON, Appellant, *v.* BINGHAMTON PRESS COMPANY, Respondent.

*Horton* v. *Binghamton Press Co.*, 122 App. Div. 332, appeal dismissed. (Submitted December 12, 1910; decided December 16, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

November 13, 1907, which affirmed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and granting a new trial in an action for libel.

*John P. Wheeler* for appellant.

*T. B. Merchant* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ.